BRIAN MUSOMBA MAWEU  17362-035
Name and Prisoner Number/Alien Registration Number

TUCSON UNITED STATES PENITENTIARY
Place of Confinement

P.O BOX 24550
Mailing Address

TUCSON, ARIZONA, 85734
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED _____ LODGED
RECEIVED _____ COPY

MAY 3 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

BRIAN MUSOMBA MAWEU ,
(Full Name of Petitioner)

                    Petitioner,

v.

        C. HOWARD ,
(Name of Warden, Jailor or authorized person
having custody of Petitioner)

                    Respondent.

CASE NO. CV-21-00188-TUC-SHR--EJM
(To be supplied by the Clerk)

**PETITION UNDER 28 U.S.C. § 2241**
**FOR A WRIT OF HABEAS CORPUS**
**BY A PERSON IN FEDERAL CUSTODY**

## PETITION

1. What are you challenging in this petition?
   - ☐ Immigration detention
   - ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   - ☐ Probation, parole or supervised release
   - ☑ Other (explain): Conviction and Imprisonment. 28 USC 2255 is inadequate

2. (a) Name and location of the agency or court that made the decision you are challenging: U.S District Court, Western District of Louisiana, Shreveport.

   (b) Case or opinion number: 10-CR-00319-1)

   (c) Decision made by the agency or court: LIFE Imprisonment

   (d) Date of the decision: 28th September 2015

**530**

3.  Did you appeal the decision to a higher agency or court?    Yes ☑  No ☐

If yes, answer the following:

(a)  First appeal:

    (1)  Name of the agency or court: _United States Court of Appeals for 5th circuit._

    (2)  Date you filed: _____2015_____

    (3)  Opinion or case number: _____15 - 30897_____

    (4)  Result: _____Affirmed District Courts ruling_____

    (5)  Date of result: _____Not Known_____

    (6)  Issues raised: _____Cruel and Unusual Punishment_____

    _____

    _____

    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)  Second appeal:

    (1)  Name of the agency or court: _____

    (2)  Date you filed: _____

    (3)  Opinion or case number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

    _____

    _____

    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c)  Third appeal:

    (1)  Name of the agency or court: _____

    (2)  Date you filed: _____

    (3)  Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.    If you did not appeal the decision to a higher agency or court, explain why you did not: _____

_____

_____

_____

_____

5.    Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?          Yes ☐          No ☐

    If yes, answer the following:

    (a)  Name of the agency or court: _____

    (b)  Date you filed: _____

    (c)  Opinion or case number: _____

    (d)  Result: _____

    (e)  Date of result: _____

    (f)  Issues raised: _____

    _____

    _____

    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.    For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States**.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

    **CAUTION:**  <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE:** _Petitioner is actually innocent and deserving of a certificate of innocence because U.S government criminalized his religious exercise in violation of Religious Freedom Restoration Act (RFRA). Elements of offense matched his religious exercise. Petitioners Indictment, conviction and imprisonment are fruits of religious persecution by U.S government legally obligated not to._

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

1) Petitioners conduct was informed by his religious beliefs.

2) Petitioners conduct was justified by his religious beliefs.

3) Petitioner had religious freedom rights even as non-US citizen.

4) Petitioner was substantially burdened.

5) Petitioners conduct was religious expression, not free speech.

6) Petitioner neither acted, nor was in a position to act in a manner negligently or otherwise causing his own prosecution.

7) Other 9th circuit district courts have allowed for certificate of innocence as part of relief in 28 USC 2241.

(b) Did you exhaust all available administrative remedies relating to Ground One?    Yes ☐    No ☐

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

**GROUND TWO**: _____

_____
_____
_____
_____
_____

    (a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

    (b)  Did you exhaust all available administrative remedies relating to Ground Two?     Yes ☐     No ☐

    (c)  If yes, did you present the issue to:
           ☐ The Board of Immigration Appeals
           ☐ The Office of General Counsel
           ☐ The Parole Commission
           ☐ Other: _____

    (d)  If you did not exhaust all available administrative remedies relating to Ground Two, explain why:

_____
_____
_____
_____
_____
_____
_____
_____

**GROUND THREE**: _____

_____
_____
_____
_____
_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you exhaust all available administrative remedies relating to Ground Three?  Yes ☐     No ☐

(c)  If yes, did you present the issue to:
     ☐  The Board of Immigration Appeals
     ☐  The Office of General Counsel
     ☐  The Parole Commission
     ☐  Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Three, explain why:

_____
_____
_____
_____
_____
_____
_____

**GROUND FOUR**: _____

_____
_____
_____
_____
_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you exhaust all available administrative remedies relating to Ground Four?    Yes ☐      No ☐

(c)  If yes, did you present the issue to:
       ☐ The Board of Immigration Appeals
       ☐ The Office of General Counsel
       ☐ The Parole Commission
       ☐ Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Four, explain why:

_____
_____
_____
_____
_____
_____

**Please answer these additional questions about this petition:**

7.    Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☑    No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

If yes, answer the following:

(a)    Have you filed a motion under 28 U.S.C. § 2255?    Yes ☑    No ☐

If yes, answer the following:

(1) Name of court: _U.S District Court, Western District of Louisiana, Shreveport_

(2) Case number: _16 - CV - 01273_

(3) Opinion or case number: _____

(4) Result: _DENIED_

(5) Date of result: _11th September 2019_

(6) Issues raised: _Ineffective assistance of counsel, Prosecutorial misconduct._

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)    Explain why the remedy under § 2255 is inadequate or ineffective: _Legal basis are Supreme Court decisions on federal statutes. Decisions were made in 2020, long after 16-CV-01273 was denied. Decisions could not be raised on a 28 USC 2255 because they concerned federal statutes, not Constitution._

8.    If this case concerns immigration removal proceedings, answer the following:

(a)    Date you were taken into immigration custody: _____

(b)    Date of removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?    Yes ☐    No ☐

(1) Date you filed: _____

(2) Case number: _____

(3) Result: _____

8

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d)  Did you file an appeal with the federal court of appeals?    Yes ☐        No ☐

(1) Name of the court: _____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.    Petitioner asks that the Court grant the following relief: _Immediate Release. Certificate of innocence by declaratory judgment. Stay on deportation pending conclusion of 28 USC 1495 ( COI is obtained under 28 USC 2513). Return of Kenyan National Identity card confiscated by U.S Marshals during petitioners extradition from Kenya to U.S.A ._____
or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)

    I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _4 / 28 / 2021_____ (month, day, year).

_____
**Signature of Petitioner**

_____                        _4 / 28 / 2021_____
**Signature of attorney, if any**                                    Date

9