# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Musomba Maweu,<br><br>　　　　　Petitioner,<br><br>v.<br><br>C. Howard,<br><br>　　　　　Respondent. | NO. CV-21-00188-TUC-SHR (EJM)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 13, 2021, judgment of dismissal is entered. Petitioner's Petition Under 28 U.S.C. § 2241 and this case are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

May 13, 2021

By　s/ B. Cortez
　　Deputy Clerk